**George Samuel GREEN, Jr.,**
**Plaintiff–Appellant,**

v.

**Stanley K. YOUNG; Syed Z. Ahsan, Psychiatrist; David Jones, Psychologist; Kimberly Ann Bays, Mental Health Supervisor/WRSP, Defendants–Appellees.**

No. 04–7252.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2006.

Decided: Feb. 2, 2007.

George Samuel Green, Jr., Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia; Rosalie Pemberton Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Samuel Green, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Young,* No. CA–03–722–7 (W.D.Va. filed June 8, 2004; entered June 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*